*AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)*

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 23-1510MB | 3/17/2023 12:04 PM | |

*Inventory made in the presence of :*

*Inventory of the property taken and name of any person(s) seized:*

LARA Cruz, Rose Lynn's green Motorola XT2213-31-1 was locked with a user pin lock. The Yuma Sector Digital Forensics Unit (YUM DFU) could not unlock the device with the UFED device. I sent the device to the Tucson Sector Digital Forensics Unit (TCA DFU) where they were able to unlock the device. The TCA DFU performed a File System extraction on the device, an advanced logical extraction of the SIM card, and a Physical extraction of the SD card.

CASE: YUS2301000691
OWNER: LARA Cruz, Rose Lynn
IMEI: 355175940614937
Phone #: 9283889835

*[Stamp: FILED, APR - 6 2023, CLERK U S DISTRICT COURT, DISTRICT OF ARIZONA, BY NM DEPUTY]*

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:    4/6/2023 6:43 AM

*Executing officer's signature*

BPA-I Daniel Villaneda
*Printed name and title*